ACCEPTED
15-24-00039-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 5:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00039-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 5:15:06 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS

MAZDA MOTOR OF NORTH AMERICA, INC. a/k/a
MAZDA MOTOR OF AMERICA, INC.,

*Appellant,*

v.

ALL STAR IMPORTS, INC. d/b/a
WORLD CAR MAZDA NORTH and
BOARD OF TEXAS DEPARTMENT OF MOTOR VEHICLES,

*Appellees.*

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS

TO THE CLERK AND ALL PARTIES:

Pursuant to Texas Rule of Appellate Procedure 38.1, please take notice that Jeffrey L. Oldham, counsel for Appellee All Star Imports, Inc. d/b/a World Car Mazda North, is now affiliated with Jackson Walker L.L.P. and has the following new contact information:

Jeffrey L. Oldham
Jackson Walker L.L.P.
joldham@jw.com
100 Congress, Ste. 1100
Austin, Texas 78701
(512) 236-2232
(512) 236-2002 (fax)

Mr. Oldham will continue to represent World Car Mazda North, along with Jarod R. Stewart and Austin Kreitz of Steptoe LLP, and should continue to receive service and notice of all documents filed or served.

Respectfully submitted,

/s/Jeffrey L. Oldham
Jeffrey L. Oldham
State Bar No. 24051132
joldham@jw.com
JACKSON WALKER L.L.P.
100 Congress Ave., Ste. 1100
Austin, Texas 78701
(512) 236-2232
(512) 236-2002 (fax)

STEPTOE, LLP
Jarod R. Stewart
State Bar No. 24066147
jstewart@steptoe.com
Austin Kreitz
State Bar No. 24102044
akreitz@steptoe.com
717 Texas Avenue, Ste. 2800
Houston, Texas 77002
(713) 221-2300
(713) 221-2320 (fax)

*Counsel for All Star Imports, Inc.*
*d/b/a World Car Mazda North*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2025, a copy of the foregoing was served in accordance with Tex. R. App. P. 9.5 on counsel of record listed below:

Brit T. Brown
brit.brown@akerman.com
Benjamin A. Escobar, Jr.
benjamin.escobar@akerman.com
AKERMAN LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
(713) 623-0887

Jeff Nobles
jeff.nobles@jeffnobleslaw.com
JEFF NOBLES LAW PLLC
232 Diamondback Drive
Georgetown, Texas 77628
(737) 304-1625

*Counsel for Mazda Motor of America, Inc.*

Ken Paxton, Attorney General
Brent Webster
Ralph Molina
James Lloyd
Ernest C. Garcia
Kathy Johnson
kathy.johnson@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Capitol Station
Austin, Texas 78711
(512) 475-4164

*Counsel for Board of the Texas Department of Motor Vehicles*

/s/ Jeffrey L. Oldham
Jeffrey L. Oldham

3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yvonne Ferrari on behalf of Jeff Oldham
Bar No. 24051132
yferrari@jw.com
Envelope ID: 104013393
Filing Code Description: Other Document
Filing Description: NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS
Status as of 8/6/2025 7:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Oldham | | joldham@jw.com | 8/5/2025 5:15:06 PM | SENT |
| Jarod Stewart | 24066147 | jstewart@steptoe.com | 8/5/2025 5:15:06 PM | SENT |
| Austin Kreitz | 24102044 | akreitz@steptoe.com | 8/5/2025 5:15:06 PM | SENT |
| Brit Brown | 3094550 | brit.brown@akerman.com | 8/5/2025 5:15:06 PM | SENT |
| Benjamin Escobar | 787440 | benjamin.escobar@akerman.com | 8/5/2025 5:15:06 PM | SENT |
| Jeffery Nobles | 15053050 | jeff.nobles@gmail.com | 8/5/2025 5:15:06 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 8/5/2025 5:15:06 PM | SENT |